**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHUCKY THOMAS,                    ) | |
|                       Plaintiff,          ) | |
|           v.                                ) | Civil Action No. 26-1624  (UNA) |
| DONALD TRUMP, *et al.*,            ) | |
|                      Defendants.       ) | |

**<u>MEMORANDUM OPINION</u>**

The Court has reviewed Plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than are applied to formal pleadings drafted by lawyers.  *See Haines v. Kerner*, 404 U.S. 519, 520 (1972).  Even *pro se* litigants must comply with the Federal Rules of Civil Procedure.  *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks.  FED. R. CIV. P. 8(a).  The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies.  *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The instant complaint alleges no facts and demands no relief, *see* Compl. at 5-6, without which Plaintiff's legal claims, and the Defendant(s) against whom he raises his claims, remain a mystery.  Because the complaint fails to comply with Rule 8, the court will dismiss it without prejudice.  An Order is issued separately.

DATE: June 29, 2026

/s/
TANYA S. CHUTKAN
United States District Judge